**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CHRISTOPHER BAKER** **PETITIONER**

**v.** **No. 1:26-cv-137-RPC-RP**

**COLUMBUS CITY MUNICIPAL COURT, et al.** **RESPONDENTS**

**ORDER OF DISMISSAL**

The Court takes up, *sua sponte*, the dismissal of this cause. On July 24, 2026, the Court entered an order requiring Baker to submit a completed §2254 standard form and application to proceed *in forma pauperis* [3]. The Court cautioned Baker that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, Baker has failed to comply with the Court's order, and the deadline for compliance has passed. Therefore, this case is **DISMISSED without prejudice** for failure to prosecute and for failure to comply with an order of the Court under Federal Rule of Civil Procedure 41(b).

**SO ORDERED**, this, the 29th day of October, 2026.

Robert P. Chamberlin

**UNITED STATES DISTRICT JUDGE**